**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

LAURO AZAHEL CORTES MAGANA,   )
       )
     Petitioner,     )
       )
-vs-       )     NO. CIV-26-647-HE
       )
WARDEN OF CIMARRON     )
CORRECTIONAL FACING U.S.     )
IMMIGRATION AND CUSTOMS     )
ENFORCEMENT (ICE),     )
       )
     Respondent.     )

## **ORDER**

On May 18, 2026, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation [Doc. #7], recommending the court, pursuant to Fed. R. Civ. P. 41(b), dismiss without prejudice, the 28 U.S.C. § 2241 habeas corpus petition filed by Martha A. Magana on behalf of petitioner Lauro Azahel Cortes Magana.  The recommended ruling was based on Ms. Magana's failure to follow the court's rules and orders.  Magistrate Judge Mitchell advised petitioner and Ms. Magana of their right to file an objection to the Report and Recommendation by June 8, 2026, and further advised them that failure to make a timely objection waives the right to appellate review of the factual and legal questions therein contained.

To date, no objection has been filed to the Report and Recommendation.  The court therefore adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation [Doc. #7] is **ADOPTED**.  The petitioner for a writ of habeas corpus under 28 U.S.C. § 2241 [Doc. #1] is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b).

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 15th day of June, 2026.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

2